**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6442**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

JUSTUS ALLRED,

          Defendant - Appellant,

_____

**No. 22-6443**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

JUSTUS ALLRED,

          Defendant - Appellant.

_____

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:07-cr-00323-TDS-1; 1:17-cr-00133-TDS-1)

_____

Submitted:  September 22, 2022                    Decided:  September 27, 2022

_____

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Justus Allred, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Justus Allred appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motions for compassionate release.[*] We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the court did not abuse its discretion and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's order. *United States v. Allred*, Nos. 1:07-cr-00323-TDS-1; 1:17-cr-00133-TDS-1 (M.D.N.C. Mar. 31, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] In his informal brief, Allred challenges his sentence based on an amendment to the United States Sentencing Guidelines. Because Allred did not raise this argument in his compassionate release motions and does not present exceptional circumstances, this issue is not properly before us. *See In re Under Seal*, 749 F.3d 276, 285 (4th Cir. 2014) ("Our settled rule is simple: absent exceptional circumstances, we do not consider issues raised for the first time on appeal." (cleaned up)).